# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

JERI WASCO,

    Plaintiff,

vs.                              CASE NO.:8:06-cv-02203-AW

TASTEE DINER, INC., a Maryland Corporation,

    Defendant.
_____/

## **JOINT NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COME NOW, Plaintiff, JERI WASCO and Defendant, TASTEE DINER, INC., a Maryland Corporation, and M&W TASTEE FOODS, INC., by and through the undersigned counsel, and hereby file their Joint Notice of Voluntary Dismissal With Prejudice for the above-styled cause.

Dated:  **May 29, 2007**                Respectfully submitted:

| | |
|---|---|
| s/ Jason E. Miles | s/ James L. Parsons, Jr. |
| Jason E. Miles, Esquire | James L. Parsons, Jr. Esquire |
| MD Bar No. 26349 | MD bar No. 07518 |
| Attorney for Plaintiff | Attorney for Defendant |
| jmiles@szalaw.com | jparsons@LLPlawfirm.com |
| 50 Monroe St # 812 | 11 N. Washington St #220 |
| Rockville MD  20850 | Rockville MD  20850 |
| (301)-294-6868-Telephone | (301) 424-5100 – Telephone |
| | (signed by plaintiff's counsel with permission) |